UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| In re:<br><br>CHARLES ROBERT CROSTON<br>PATRICIA ANN CROSTON<br><br><br>Debtor(s) | Chapter 7<br><br>Case No. 09-28298-PHX SSC<br><br>APPLICATION FOR ORDER FOR PAYMENT OF UNCLAIMED FUNDS TO THE U.S. BANKRUPTCY COURT |
|---|---|

S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1001 | 03/25/2010 | Croston, Charles & Patricia<br>9554 W. Spanish Moss Lane<br>Sun City, AZ 85373-1742 | $12.17 |

The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $12.17 to the Clerk of the Court to be deposited in the Registry thereof.

| June 28, 2010 | /s/ S. William Manera |
|---|---|
| DATE | S. William Manera, TRUSTEE |